SCWC-15-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THERESE MARIE WAHL SAKER
Petitioner/Plaintiff-Appellant,

vs.

GORDON MARK SAKER,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000007; FC-D NO. 10-1-6767)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Therese Marie Wahl

Saker's application for writ of certiorari filed on August 22,

2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 26, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

